**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 05-cr-00303-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. RONALD A. BUSH,

    Defendant.

## ORDER GRANTING PETITION FOR EARLY TERMINATION OF PROBATION

**Blackburn, J.**

    The matter before me is the **Petition For Early Termination of Probation** [#29], filed September 19, 2008, by Probation Officer, Edgar T. Ruiz. The government does not object. *See* **Government's Notice of No Opposition to Defendant's Petition for Early Termination of Probation** [#30] filed September 22, 2008. I grant the motion.

    After pleading guilty on July 8, 2005, to Counts 1, 2, 3, and 4 of the Information, defendant was sentenced on February 2, 2006, to supervised probation for a term of five years. Defendant has complied with all court ordered conditions of probation, including payment of restitution in full in the amount of $4,457.80.

    Early termination of a sentence to probation is governed by 18 U.S.C. § 3564(c). After considering the factors set forth in 18 U.S.C. § 3553(a), and pursuant to Fed.R.Crim.P.32(c), I may terminate the term of probation and discharge the defendant. 18 U.S.C. § 3564(c). I have considered carefully the factors at 18 U.S.C. § 3353(a) and

the facts asserted, reasons stated, arguments advanced, and authorities cited by the probation officer in support of early termination. I am satisfied that early termination of probation is warranted by the conduct of the defendant and the interest of justice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Petition For Early Termination of Probation** [#29], filed September 19, 2008, is **GRANTED**;

2. That the term of probation previously ordered is **TERMINATED**; and

3. That the defendant, Ronald A. Bush, is **DISCHARGED**.

Dated September 24, 2008, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**